UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TRI, INC.,

Plaintiff,

v.

BOISE CASCADE OFFICE PRODUCTS,
INC. and HONEYWELL, INC.,

Defendants.

CIVIL NO. 00-1464 (RHK/JMM)

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: July 26, 2000

JOHN M. MASON
United States Magistrate Judge

Filed JUL 26 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

Pursuant to a recusal by thc Magistrate on this case, the case has now been reassigned to Magistrate Judge Arthur J. Boylan.

NEW CASE NUMBER 00-1464 RHK/AJB

Use this case number for all further filings.