**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Court File No. 00-1464 RHK/AJB**

**TRI, Inc.,**

**Plaintiff,**

**vs.**

**Boise Cascade Office Products, Inc.; And Honeywell, Inc.,**

**Defendants.**

**STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER AND ORDER**

* * * * * * * * * * * * * *

The Pretrial Scheduling Order dated and filed July 26, 2000 in the matter herein requires the parties to complete non-expert discovery by March 1, 2001; the Plaintiff to identify expert witnesses under Rule 26(a)(2)(A) by February 1, 2001; and the Defendants to identify expert witnesses by March 1, 2001. There are three attorneys in this matter and a minimum of eleven (11) depositions to be taken in this matter. Responses to the discovery that has been served to date are due in January, 2001 and it is agreed by the parties that these discovery responses should be completed prior to taking depositions. The parties and their attorneys have agreed that depositions in this case will be taken the entire week of January 22, 2001 completing as many persons as possible. In addition, the parties will be traveling to Dallas, TX for a deposition in the process of being scheduled.

Because of the extensive deposition schedule, the numerous deponents that are no longer employees of the parties, the outstanding discovery requests and the out-of-state deposition not yet scheduled, the parties, through their attorneys, do hereby stipulate and agree pursuant to Rule to extend the deadlines and amend the Pretrial Scheduling Order to read as follows:

DEC 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Discovery/Nondispositive Motions

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(A), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

March 30, 2001 – By Plaintiff
April 30, 2001 – By Defendants

April 30, 2001 All non-expert discovery shall be commenced in time to be completed by this date.

May 31, 2001 All discovery of any kind shall be commenced in time to be completed by this date.

June 5, 2001 All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. Nondispositive motions may be scheduled for hearing by calling Kathy Thoby, Calendar Clerk to Magistrate Judge Arthur J. Boylan, (651) 848-1210. All nondispositive motoins shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing.

Dispositive Motions/Trial

August 1, 2001 All dispositive motions shall be served and filed by the parties and heard by the Court. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Deb Siebrecht, (651) 848-1166. All dispositive motoins shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A)through (E).

This case shall be ready for trial at the conclusion of discovery or upon resolution of any dispositive motion, and no later than October 1, 2001. The parties estimate the trial of this Jury matter will take one week.

General

No more than 10 depositions shall be taken by any party.

No more than 50 Interrogatories, 50 Document Requests and 50 Requests for Admissions (including all subparts shall be served by any party.

Each party may depose no more than 3 experts.

Each party may call no more than 3 experts at trial.

The undersigned parties, through their attorneys do hereby stipulate and agree to the foregoing and respectfully request that the Court accept the foregoing dates and amendments to the Pretrial Scheduling Order

Dated: 12-19, 2000.

**KRASS MONROE, P.A.**

John Harper III, #41397
1650 West 82nd Street, Suite 1100
Minneapolis, MN 55431
Telephone: (612) 885-5999
ATTORNEYS FOR DEFENDANT
BOISE CASCADE OFFICE PRODUCTS, INC.

Dated: 12-27, 2000.

**DORSEY & WHITNEY LLP**

Robert R. Reinhart (MN#90566)
Michael Iwan (MN #28628X)
Pillsubry Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
ATTORNEYS FOR DEFENDANT
HONEYWELL, INC.

Dated: December 18, 2000.

**MAVITY & ASSOCIATES**

William J. Mavity, #143716
Pamela Marie Miller #275220
1460 Southpoint Center
1650 West 82nd Street
Minneapolis, MN 55431
Telephone: (612) 885-5600
ATTORNEYS FOR PLAINTIFF

**ORDER**

IT IS HEREBY ORDERED that the Pretrial Order issued July 26, 2000 is amended as stipulated to above by the parties.

Dated: 12/28/00

ARTHUR J. BOYLAN
United States Magistrate Judge

G:\WPDATA\B\BOISE CASCADE\005 - TRI\PLDGS\STIPULATION TO AMEND SCHEDULING ORDER.DOC