RECEIVED
BY MAIL
JUN 14 2001
CLERK US DIST COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 00-1464 RHK/AJB

TRI, Inc.,

Plaintiff,

vs.

**STIPULATION** and ORDER

Boise Cascade Office Products, Inc.; and Honeywell, Inc.,

Defendants.

The parties to the above-captioned action hereby stipulate and agree that, due to Counsels' trial schedules and scheduling conflicts, expert depositions can be taken after the deadlines set forth in the Court's scheduling Order on such dates as are mutually agreeable.

**MAVITY & ASSOCIATES**

By [signature]
William J. Mavity #143716
1460 Southpoint Office Center
1650 West 82nd Street
Bloomington, MN 55431
Telephone: (952) 885-5600
Attorneys for Plaintiff TRI, Inc.

**KRASS MONROE, P.A.**

By [signature]
John Harper III #41397
1100 Southpoint Office Center
1650 West 82nd Street
Bloomington, MN 55431-1447
Telephone: (952) 885-5999
Attorneys for Defendant Boise Cascade Office Products, Inc.

FILED JUN 21 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**DORSEY & WHITNEY LLP**

By____________________
Robert R. Reinhart #0090566
220 South Sixth Street, Suite 1400
Minneapolis, MN 55402-1498
Telephone: (612) 340-7836
Attorneys for Defendant Honeywell, Inc.

G:\WPDATA\B\BOISE CASCADE\005 - TRI\PLDGS\STIP EXPERT WITNESS.DOC

So Ordered.

June 20, 2001

U.S. Magistrate Judge