**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

TRI, Inc.,

Plaintiff,

Civ. No. 00-1464 (RHK/AJB)

v.

**ORDER**

Boise Cascade Office Products, Inc. and
Honeywell, Inc.,

Defendants.

---

This matter is stricken from the November 1, 2001 trial calendar and is now deemed ready for trial as of December 1, 2001. Trial materials are to be served and filed in accordance with the attached schedule.

Dated: October 2, 2001

RICHARD H. KYLE
United States District Judge

FILED OCT 02 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**ORDER RE: SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS FOR DECEMBER, 2001 TRIAL CALENDAR**

Attached is an updated list of cases deemed ready for trial before the undersigned beginning December 1, 2001. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED BY** November 14, 2001 (filing shall be in St. Paul):

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By November 20, 2001:

(a) Responsive briefs to Motions in Limine shall be served and filed (in St. Paul);

(b) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony, shall be served and filed (in St. Paul) (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(c) Replies to Trial Briefs shall be served and filed (in St. Paul).

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

By November 27, 2001, Responses to the Written Objections shall be served and filed (in St. Paul).

Dated: October 1, 2001

RICHARD H. KYLE
United States District Judge